**SEALED**

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

JAN 15 2019

JULIA C. DUDLEY, CLERK
BY: /s/ A. Knott
DEPUTY CLERK

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )  Case No. 1:19mj3
12499 Rich Valley Road )
Bristol, VA )
)

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that there is now concealed on the following person or property located in the ___Western___ District of ___Virginia___ *(identify the person or describe property to be searched and give its location)*: 12499 Rich Valley Road, Bristol, VA - to include the residence, curtilage, garages, outbuildings, campers, and vehicles present. Attachment A consists of a photograph of the residence.

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*: See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of ___21___ U.S.C. § ___846/841(a)(1)___, and the application is based on these facts: See Attachment C
and/or 841(a)(1)

☑ Continued on the attached sheet.

☐ Delayed notice of ___ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
Applicant's signature

Brian Snedeker, Special Agent
Printed name and title

Sworn to before me and signed in my presence.

Date: 1/15/19

_____
Judge's signature

City and state: Abingdon, Virginia

Pamela Meade Sargent, USMJ
Printed name and title

# ATTACHMENT A



12499 Rich Valley Road, Bristol, VA

ATTACHMENT B

1. Methamphetamine distribution paraphernalia including (but not limited to) scales, cutting material, plastic baggies, wrapping material; devices used to communicate with other drug traffickers/co-conspirators including cellular telephones and two-way radios; electronic equipment used for counter-surveillance to include video surveillance systems and related DVRs (digital video recorders), scanners, and anti-bugging devices; specially built hidden compartments or paperwork/documentation evidencing the building of hidden compartments on vehicles (such compartments are routinely used by narcotics traffickers to conceal and transport controlled substances and the proceeds from the sale of controlled substances).

2. Firearms, including but not limited to handguns, rifles, and shotguns that are commonly used by individuals to protect controlled substances and related drug proceeds/assets. Firearms, oftentimes stolen, are also routinely bartered in exchange for controlled substances.

3. Books, records, ledgers, notes, and videos pertaining to the illicit distribution, purchasing, and transporting of methamphetamine.

4. Messages, letters, telephone numbers, and addresses relating to customers, suppliers, and other co-conspirators involved with the illicit distribution, purchasing, and transporting of methamphetamine. These messages, letters, telephone numbers, and addresses may be written on personal calendars, personal address and /or telephone books, Rolodex type indices, notebooks, loose pieces of paper, and found in mail.

5. Photographs and videos depicting methamphetamine, drug distribution paraphernalia, substantial assets, co-conspirators, and persons with methamphetamine,

6. Books, ledgers, receipts, bank statements, cashier's checks, and other items evidencing the acquisition, secreting, transferring and/or concealment of assets or the expenditure of narcotics proceeds.

7. Items or articles of personal property tending to show ownership, dominion, or control of the premises/property/vehicles. Such items or articles include (but are not limited to) personal identification, personal correspondence, diaries, checkbooks, notes, photographs, keys, receipts, mail, personal telephone and address books, videos, and motor vehicle related documents (titles/registrations).

8. Large amounts of currency (exceeding $1000.00) or readily transported assets which are used as cash equivalents (cashier's checks, gold, diamonds, precious jewels, high value watches, etc.).

ATTACHMENT B (Continued)

9. Stolen property (e.g. firearms, jewelry, power tools, electronics, motor vehicles). Stolen property is routinely bartered for drugs and recovered by law enforcement from locations under the control of persons involved with the trafficking/distribution of controlled substances.

10. Items listed in Paragraphs 1 and 3 through 7 may be stored in digital media. Therefore, digital media (including but not limited to computers/computer hard drives, digital video recorders (DVRs), floppy disks, CD's, DVD's, flash/jump drives, personal digital assistants (PDA's), cellular telephones/smartphones, digital cameras, iPODs, iPADs, tablets/tablet computers etc.) are to be seized and examined (both on-site and off-site by whatever means available to the government) for the items listed in Paragraphs 1 and 3 through 7.

ATTACHMENT C

AFFIDAVIT of
Special Agent Brian Snedeker
Drug Enforcement Administration
Bristol, Virginia

1. I, Special Agent Brian Snedeker, being duly sworn hereby depose and say:

2. The purpose of this application and affidavit is to secure a search warrant for the premises known as 12499 Rich Valley Rd., Bristol, VA. This affiant, after obtaining and reviewing information, believes there is evidence of distribution of methamphetamine and/or conspiracy to distribute methamphetamine at 12499 Rich Valley Rd., Bristol, VA in violation of 21 USC 841(a)(1) and 846/841(a)(1).

3. I am a Special Agent with the Drug Enforcement Administration (DEA) and have been so employed for approximately (27) years. During my employment I have received comprehensive classroom training from the Drug Enforcement Administration in specialized narcotic investigative matters including but not limited to drug interdiction, drug detection, money laundering techniques and schemes, smuggling, and the investigation of individuals and organizations involving the smuggling, cultivation, manufacturing, and illicit trafficking of controlled substances and controlled substance precursors. I have participated in the investigations and subsequent arrests of hundreds of individuals involved with the trafficking of methamphetamine (a Schedule II Controlled Substance). I have also executed hundreds of search warrants related to the trafficking and manufacturing of methamphetamine.

4. The facts set forth in this affidavit are known to me as a result of my participation in the investigation of Earl McCoy and his associates and information provided to me by other law enforcement officers and a concerned citizen. Any reliable confidential source referred to in this affidavit has performed multiple controlled purchases (monitored, recorded, and surveilled by law enforcement) of methamphetamine. Any reference to the gender of any reliable confidential source, source of information (hereafter referred to as "SOI"), or concerned citizen does not necessarily reflect the true gender of said confidential source/SOI/concerned citizen.

5. During 2018, a concerned citizen advised law enforcement that Earl McCoy and his partner, Anthony Smith, take trips each month to Atlanta (Georgia) to pick up methamphetamine and heroin.

6. On October 9, 2018, Anthony Smith was arrested in Bristol, VA during the course of a motor vehicle stop in which more than (1) ounce of methamphetamine was seized from Smith. Smith is currently free on bond.

7. Law enforcement observed Anthony Smith at Earl McCoy's primary residence (111 2nd St, Bristol, VA) during the latter half of October 2018.

8. During late 2018, law enforcement utilized a reliable confidential source (or sources) to perform multiple controlled purchases (monitored, surveilled, and recorded by law enforcement) of multi-gram quantities of methamphetamine from Earl McCoy at 111 2nd St, Bristol, VA.

9. A reliable confidential source advised law enforcement that she observed Earl McCoy in possession of over (1) pound of methamphetamine on multiple occasions during a late 2018 through early 2019 time period.

10. On multiple occasions during late 2018, law enforcement observed Earl McCoy operating a motor vehicle registered to McCoy's secondary residence at 12499 Rich Valley Rd., Bristol, VA. Law enforcement also observed the aforementioned motor vehicle parked in front of 111 2nd St., Bristol, VA on multiple occasions during late 2018.

11. A recent review by this affiant of Virginia Department of Motor Vehicles records revealed 12499 Rich Valley Road, Bristol, VA as McCoy's residence (primary) although this affiant believes the address is now a secondary residence for McCoy with 111 2nd St., Bristol, VA being his primary residence.

12. On 01-09-2019, a federal search warrant was executed at 111 2nd St., Bristol, VA. Earl McCoy and McCoy's girlfriend, Lauren Smith (Anthony Smith's daughter), were the only persons present when the search warrant was executed. As a result of the execution of the search warrant, several digital scales and hundreds of small, Ziploc-type plastic bags (aka "stamp bags" or "jewelry bags" – commonly utilized for the re-packaging of controlled substances for resale) were observed and approximately (1) ounce of methamphetamine and (1) ounce of suspected heroin were seized along with $4,260 in United States Currency, (3) loaded handguns, (1) unloaded AK-47 pistol variant, and numerous cellular telephones. Two (1) gallon Ziploc-type bags were discovered next to a toilet in a bathroom of the residence and one of the bags contained approximately (1) ounce of methamphetamine. Suspected methamphetamine residue/crystals covered the floor around the toilet. This affiant believes that McCoy flushed multiple pounds of methamphetamine while law enforcement was gaining entry to the residence.

13. On 01-10-2019, a state search warrant was executed at 111 2nd St., Bristol, VA. The objective of the search warrant was to identify and seize stolen property (law enforcement officers observed an unusually large amount of flat screen televisions and variety of tools laying about various parts of the residence on 01-09-2019). As a result of the execution of the state search warrant, a hidden area approximately (8) feet above the ground and concealed by wall paneling was discovered inside the home. From inside the hidden area, law enforcement recovered various items including (6) long guns (including two short barreled/sawed off shotguns) and (9) handguns (some loaded, one with the serial numbers obliterated, and one with signs of an attempted obliteration of the serial numbers).

14. Subpoenaed cellular telephone subscriber information pertaining to the most recent (Summer 2018 through December 2018) cellular telephone numbers utilized by Earl McCoy revealed 12499 Rich Valley Road, Bristol, VA as the subscriber address for said telephone numbers.

15. On 01-14-2019, a concerned citizen (who identified himself) contacted law enforcement and advised that Earl McCoy maintains a large quantity of stolen property/property received in exchange for drugs at McCoy's secondary residence located at 12499 Rich Valley Rd., Bristol, VA. The concerned citizen, who has admitted associating with Earl McCoy for years, claimed that McCoy often stays overnight at his secondary residence and drops off stolen property/property he has received in exchange for controlled substances "all the time". Said property includes firearms and motor vehicles. The concerned citizen stated that he is very familiar with the residence and has been at the residence on numerous occasions. The concerned citizen noted that he last observed McCoy at 12499 Rich Valley Rd., Bristol, VA during the last (25) days (it should be noted that McCoy has been incarcerated since January 10, 2019).

16. This affiant is aware based on his training, experience, and conversations with other law enforcement officers that individuals who distribute and/or conspire to distribute methamphetamine typically maintain methamphetamine distribution paraphernalia (small, plastic, Ziploc-type baggies, digital scales, etc.), notes, records, messages, and telephone numbers (pertaining to methamphetamine trafficking related contacts/co-conspirators/customers), assets (cash, firearms, jewelry, power tools, motor vehicles, and electronics that are all regularly received in exchange for methamphetamine), and other items as listed and explained on Attachment B (of the Application and Affidavit for Search Warrant to which this affidavit is attached) inside their residences, garages, outbuildings/barns, campers, vehicles (or the vehicles they operate), and inside of vehicles registered to other persons when those vehicles are parked at the trafficker's/conspirator's residence/property.

17. Based upon the facts set forth above, I believe there is probable cause for the issuance of a search warrant for the premises known as 12499 Rich Valley Rd., Bristol, VA (located within the Western District of Virginia) as there is probable cause to believe that there is evidence of a violation of 21 USC 841(a)(1) and 846/841(a)(1) at said premises.

_____        01-15-2019
Brian Snedeker, Special Agent (DEA)        Date

Subscribed and sworn to before me, this the 15th day of January 2019 in Abingdon, Virginia.

_____
Pamela Meade Sargent
United States Magistrate Judge
Western District of Virginia

Seen by:

    /s/ Roy F. Evans               01-15-2019
Roy F. Evans, SAUSA           Date