# Return

| Case No.: 1:19MJ3 | Date and time warrant executed: 01/16/2019 1:45 pm | Copy of warrant and inventory left with: Earl McCoy, Sr. |
|---|---|---|

Inventory made in the presence of:
N/A

Inventory of the property taken and name of any person(s) seized:

Nothing seized

CLERK'S OFFICE U.S. DISTRICT COURT
AT ABINGDON, VA
FILED

FEB 05 2019

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

# Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 02/05/2016

*Executing officer's signature*

Brian Snedeker, Special Agent
*Printed name and title*

Returned to me this 5th day of February 2019.

Pamela Meade Sargent
15MJ